UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RAFAEL ODEH SAYEGH,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:22-cv-00157-GJS<br><br>[PROPOSED] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

**IT IS ORDERED** that Plaintiff's counsel's Motion for Attorney Fees under 42 U.S.C. § 406(b) is **granted**. Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $29,500.00 in attorney fees under 42 U.S.C. § 406(b). Plaintiff's counsel will refund to Plaintiff $6,300.00, the amount of the attorney fees he previously received under the Equal Access to Justice Act.

DATE: May 1, 2024

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE